```
Arnold Ruden
6465 W. Colfax Ave DBA Black Jack Pizza
Lakewood, CO   80214


Calzamundo Inc
7775 Yates St C/O Nicholas Elizarraras
Westminster, CO   80030


City of Lakewood Water & Sanitation
PO Box 261455
Lakewood, CO   80226-9455


East Jefferson County Sanitation Distric
7100 W 44th Ave # 104
Wheat Ridge, CO   80033-4701


Elizabeth Wills
20 South Cherry St
Denver, CO   80246-1961


Family Dollar Stores of Colorado, Inc
PO Box 1017
Charlotte, NC   28201


First National Bank
7777 East Arapahoe Rd
Centennial, CO   80112
```

James Thomaidis
1860 Blake Street, Ste 400
Denver, CO  80202


Jefferson County Treasurer
100 Jefferson County Pkwy 2520
Golden, CO  80419-2520


Joel Laufer
5290 Dtc Pkwy Ste 150
Englewood, CO  80111-2764


Kiran-Josh, Inc
2782 Signal Creek Drive
C/O Satnam Singh, President
Thornton, CO  80241


M&M Home Funishing, Inc.
6451 W. Colfax Ave
DBA Premier Rental Purchase
Lakewood, CO  80214


Michael J. Davis
Ste 330 6795 E. Tennessee Ave.
Denver, CO  80224-1691


Nga Thi Nguyen and Tuan Van Vu
6597 W. Colfax Ave
Lakewood, CO  80214

Patrick Dowdle
2325 West 72nd Ave
Miller, Makkai, & Dowdle
Denver, CO   80221


Pho 2 Love, LLC
6593 W. Colfax Ave
Lakewood, CO   80214


Robert Lovell
Smith & Lovell CPA's, LLC
355 Inverness Dr S Ste C
Englewood, CO   80112-8535


Roll With It Colorado, LLC
6457 West Colfax Ave
Lakewood, CO   80214


Rosalba Perez De Cruz & Manuel H. Cruz
6467 W. Colfax Ave DBA Stylistas Gabriel
Lakewood, CO   80214


SBK Tech, LLC
6469 W Colfax Ave
Lakewood, CO   80214-1801


Telcel
6583 W. Colfax, Ave
Lakewood, CO   80214

```
The Coin Laundry At JCRS
750 South Taft St
C/O Susan & Richard Holck
Lakewood, CO   80214


Wonjoong Kim & Yoonee Kim
2300 Arapahoe Ave Apt 330
Boulder, CO   80302-6661


Xcel Energy
PO Box 9477
Minneapolis, MN   55484-0001
```

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | Y&K Sun, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-1547017 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**6451 to 6597 W Colfax Ave**<br>**Lakewood, CO 80214-1801**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>**4875 S Monaco St**<br>**Apt 110**<br>**Denver, CO 80237-3471**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**6451 to 6597 W Colfax Ave Lakewood, CO 80214-1801**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Y&K Sun, Inc.**  Case number (*if known*)
        Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Hyungkeun Sun and Yeonam Kim Sun** | Relationship | **100% Shareholder** |
| District | **Colorado** | When | **7/18/12** | Case number, if known | **12-25005-MER** |

Debtor    **Y&K Sun, Inc.**                                    Case number (*if known*) _____
          Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
        Contact name        _____
        Phone               _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Y&K Sun, Inc.**                                                         Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 12, 2016**
              MM / DD / YYYY

X  **/s/ Hyungkeun Sun**                                 **Hyungkeun Sun**
   Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

X  **/s/ Andrew Johnson**                                Date  **May 12, 2016**
   Signature of attorney for debtor                            MM / DD / YYYY

**Andrew Johnson**
Printed name

**Onsager Guyerson Fletcher Johnson**
Firm name

**1801 Broadway Ste 900**
**Denver, CO 80202-3858**
Number, Street, City, State & ZIP Code

Contact phone  **(303) 512-1123**     Email address _____

**36879**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Y&K Sun, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Lakewood Water & Sanitation PO Box 261455 Lakewood, CO 80226-9455 | | | | | | $0.00 |
| City of Lakewood Water & Sanitation PO Box 261455 Lakewood, CO 80226-9455 | | | | | | $0.00 |
| East Jefferson County Sanitation Distric 7100 W 44th Ave # 104 Wheat Ridge, CO 80033-4701 | | | | | | $0.00 |
| Joel Laufer 5290 Dtc Pkwy Ste 150 Englewood, CO 80111-2764 | | | | | | $0.00 |
| Joel Laufer 5290 Dtc Pkwy Ste 150 Englewood, CO 80111-2764 | | | | | | $0.00 |
| Robert Lovell Smith & Lovell CPA's, LLC 355 Inverness Dr S Ste C Englewood, CO 80112-8535 | | | | | | $0.00 |

Debtor **Y&K Sun, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert Lovell Smith & Lovell CPA's, LLC 355 Inverness Dr S Ste C Englewood, CO 80112-8535** | | | | | | **$0.00** |
| **Wonjoong Kim & Yoonee Kim 2300 Arapahoe Ave Apt 330 Boulder, CO 80302-6661** | | | **Unliquidated Disputed Subject to Setoff** | | | **$1,441,555.38** |
| **Xcel Energy PO Box 9477 Minneapolis, MN 55484-0001** | | | | | | **$0.00** |
| **Xcel Energy PO Box 9477 Minneapolis, MN 55484-0001** | | | | | | **$0.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Colorado

In re **Y&K Sun, Inc.**            Case No.
*Debtor(s)*            Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,717.00** |
   | Prior to the filing of this statement I have received | $ **3,717.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 12, 2016**            **/s/ Andrew Johnson**
*Date*            **Andrew Johnson**
           *Signature of Attorney*
           **Onsager Guyerson Fletcher Johnson**

           **1801 Broadway Ste 900**
           **Denver, CO 80202-3858**
           **(303) 512-1123**
           *Name of law firm*