**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-HRT |
| Y&K SUN, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |

**NOTICE OF RELATED BANKRUPTCY CASE**

Y&K Sun, Inc. (the "Debtor"), by its attorneys, pursuant to LBR 1073-1(b), provides notice of the following related bankruptcy case:

*In re Hyungkeun Sun and Yeonam Kim Sun*, 12-25005-MER (the "Pending Case").

The debtors in the Pending Case are the 100% owners of the Debtor, and are, therefore, "affiliates" of the Debtor as defined in 11 U.S.C. § 101(2)(A).

Dated: May 12, 2016                      Respectfully submitted,

ONSAGER | GUYERSON | FLETCHER | JOHNSON

 *s/ Andrew D. Johnson*
   Andrew D. Johnson, #36879
   Christian C. Onsager, #6889
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
ajohnson@ogfj-law.com
consager@ogfj-law.com

*Attorneys for Y&K Sun, Inc.*

1

## Certificate of Service

The undersigned certifies that on May 12, 2016, I served by prepaid first class mail a copy of the foregoing to the following:

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

*s/ Tiffany J. Cadwell*