UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: Y&K Sun, Inc.<br>Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Bankruptcy No.:   16-14761-MER<br>Chapter:           11 |

ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Dismiss Chapter 11 Bankruptcy Case filed by Michael Davis on behalf of Wonjong Kim and Yoonee Kim. The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- L.B.R. 9013-1: failure to file a L.B.F. 9013-1.1 Notice with the Motion, as required by this rule, Fed.R.B.P. 2002, and L.B.R. 2081-3.

- Fed.R.B.P. 2002 (c), (g): failure to serve a copy of the notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion;.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

Deficiency Cure Date:  6/10/2016

Dated:  5/26/2016

BY THE COURT:

/s/ Michael E. Romero  
Michael E. Romero, Bankruptcy Judge