**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| June 13, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>Y&K SUN, INC.<br><br>Debtor | Case No. 16-14761 MER<br><br>Chapter 11 |

Appearances:

| Trustee | United States Trustee | Counsel | Alison Goldenberg |
|---|---|---|---|
| Debtor |  | Counsel | Christian Onsager |
| Creditor | Wonjoong Kim and Yoonee Kim | Counsel | Michael Davis |
| Creditor | First National Bank – Arapahoe | Counsel | Patrick Dowdle |

Proceedings:

Debtor's Motion to Appoint Chapter 11 Trustee and objection by Wonjoong Kim and Yoonee Kim

Orders:

The parties shall have through and including June 27, 2016, to provide the Court with any supplemental legal authority and exhibits they wish to consider concerning the within motion and the dismissal motion filed by Mr. & Mrs. Kim, at which point the matters will be at issue and the Court will take them under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk