EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-14761-MER |
| Y&K SUN, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING AUCTION PROCEDURES AND STALKING HORSE BID, INCLUDING 3.0% BREAK-UP FEE OF $132,000, RELATED TO THE PROPOSED SALE OF Y&K SUN, INC.'S INTEREST IN PROPERTY LOCATED AT 6451 -6579 W. COLFAX AVENUE, LAKEWOOD, COLORADO AND SETTING SALE HEARING**

This matter comes before the Court on the Motion for Entry of Orders: (1) Authorizing Sale of Y&K Sun, Inc.'s interest in Property Located at 6451-6579 W. Colfax Avenue, Lakewood, Colorado, Free and Clear of Designated Liens, Claims, Interests, and Encumbrances; (2) Approving Auction Procedures; and (3) Approving Stalking Horse Bid, Including $132,000 Break-Up Fee (the "Motion") filed by Y&K Sun, Inc. ("Y&K"). The Court having reviewed the Motion and any objections to the Motion and being advised in the premises and all timely objections to the Motion having withdrawn, resolved, or overruled,

HEREBY FINDS that Y&K owns real property located at 6451-6579 W. Colfax Avenue, Lakewood, Colorado (the "JCRS Property"). Y&K and CK Acquisition, LLC (the "Stalking Horse Bidder") entered into an agreement for Y&K to sell and the Stalking Horse Bidder to purchase all of Y&K's interest in the JCRS Property for $4,400,000 (the "Agreement"), subject to the terms, prorations, credits, and contingencies described in the Agreement; and

THE COURT APPROVES the Agreement between Y&K and Stalking Horse Bidder, which is attached to the Motion as **Exhibit 1**, including the break-up fee of $132,000 payable to the Stalking Horse Bidder in the event it is not the winning bidder at auction. In the event no higher Qualified Bids are received, Y&K is authorized to consummate the sale of the JCRS Property to the Stalking Horse Bidder on the terms provided in the Agreement and authorized to pay, if necessary, First National Bank the amount of its secured claim at the closing;

THE COURT APPROVES the following auction and bid procedures:

A. **Auction and Bidding Procedures**. All parties wishing to submit a competing bid for the purchase of the JCRS Property are to be governed by the following procedures (the "Auction and Bidding Procedures").

B. **Bid Deadlines**. All competing bids for the JCRS Property must be made in writing and submitted so as to be received no later than **November 4, 2016 at 4:00 p.m. Mountain Time** (the "Bid Deadline") to counsel for Y&K, Onsager | Guyerson | Fletcher | Johnson, and counsel for the Buyer, Thomas F. Quinn, P.C. ("Notice Parties") as follows:

1

1. Counsel to Y&K
   Andrew D. Johnson
   ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC
   1801 Broadway, Suite 900
   Denver, Colorado 80202
   ajohnson@OGFJ-law.com

2. Counsel to Stalking Horse Bidder
   Thomas F. Quinn, P.C.
   303 East 17th Avenue, Suite 800
   Denver, CO 80203
   tquinn@tfqlaw.com

C. **Qualified Bids**. Only Qualified Bids are eligible for consideration at the Auction. A "Qualified Bid" is a bid that:

1. States that the bidder offers to purchase the JCRS Property on substantially the same terms and conditions set forth in the Agreement (together with all schedules and exhibits thereto) and otherwise marked to show the bidder's proposed amendments and modifications to the Agreement;

2. Is for cash (except to the extent the bid provides for assumption of the First National Bank Note and provides evidence that First National Bank has approved such assumption) and provides for the immediate payment of the Break-Up Fee in cash in full to Y&K at Closing;

3. Is submitted with reasonably satisfactory evidence that the bidder has access to committed funds and is capable of closing on the purchase pursuant the bid;

4. Has a value greater than or equal to the sum of (i) the value of the Stalking Horse Bidder's offer, (ii) the amount of the Break-Up Fee, and (iii) $25,000;

5. Is not subject to any material contingencies, including but not limited to any due diligence requirements or any financing contingency, and is irrevocable until the Closing of a purchase of the JCRS Property, either to Y&K or a bidder;

6. Is accompanied by a deposit in good funds equal to or greater than $100,000. Such deposit either is to be returned to the bidder within five (5) business days of the Closing of the sale of the JCRS Property to any other bidder; and

       7.       Is received by the Notice Parties on or before the Bid Deadline.

Any person submitting a bid which satisfies the above requirements shall be deemed a "Qualified Bidder."

    D.    **Auction**. The Agreement executed by the Stalking Horse Bidder constitutes a Qualified Bid for all purposes. If the Y&K does not receive any competing Qualified Bids, no auction need be conducted, and Y&K shall report that fact to the Court and proceed with a sale of the JCRS Property to the Stalking Horse Bidder in accordance with the terms of the Agreement. If Y&K does receive a competing Qualified Bid, Y&K must conduct an auction ("Auction") at the offices of ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC on the date that is one (1) business day before the date of the Sale Hearing, beginning at 10:00 a.m. Mountain Time. In any such Auction:

    1.    Only the Stalking Horse Bidder, Y&K, their respective professionals, and a representative from the Office of the U.S. Trustee and any Qualified Bidders (and their professionals) are entitled to attend the Auction, and only the Stalking Horse Bidder and the Qualified Bidders are entitled to make any subsequent Qualified Bids at the Auction.

    2.    The opening bid, which does not need to be re-submitted at the Auction, is the highest competing Qualified Bid (the "Opening Bid"). Bidding at the Auction will continue with each bid exceeding the previous bid by no less than $25,000, until Seller determines the highest and best Qualified Bid.

    3.    Any bid by the Stalking Horse Bidder over the Opening Bid must be in an amount no less than the last bid plus the required overbid (giving the Stalking Horse Bidder credit for the Break-Up Fee). For the duration of the Auction, all bids by the Stalking Horse Bidder include a credit bid amount for the Break-Up Fee and all bids by any other Qualified Bidder must include a cash component for the Break-Up Fee. If the Stalking Horse Bidder is the successful bidder at the close of the Auction (but only if there are bids from a Qualified Bidder in compliance with the requirements hereof at the Auction), the Purchase Price shall be an amount equal to the Stalking Horse Bidder's winning bid as reduced by the credit for the Break-Up-Fee.

    4.    Y&K may announce at or before the Auction additional procedural rules that are reasonable under the circumstances (e.g. the amount of time allotted to make subsequent bids) for conducting the Auction so long as such rules are not inconsistent with the Auction and Bidding Procedures.

    5.    At least one (1) business day before the Auction, Seller shall give Buyer and all other Qualified Bidders a copy of the highest and best Qualified Bid received and copies of all other Qualified Bids.

A hearing to confirm the sale of the JCRS Property is set for November 18, 2016, at 9:30 a.m. in 721 19th Street, Courtroom C, Denver, Colorado, 80202 (the "Sale Hearing"). At the Sale

Hearing, Y&K will request that the Bankruptcy Court enter an order (a) if no Qualified Bids have been received other than the bid in the Agreement, approving the form of sale order (the Agreement having already been approved in this order); or (b) if other Qualified Bids have been received and an Auction held, approving (i) the highest Qualified Bid, (ii) the agreement between Y&K and the highest Qualified Bidder, if the highest Qualified Bid is not the bid in the Agreement, (iii) authorizing Y&K to consummate the sale of the JCRS Property, (iv) authorizing Y&K to pay the Break-Up Fee to the Stalking Horse Bidder, if necessary; and (v) authorizing Y&K to pay the secured claim of First National Bank, if necessary.

Y&K shall submit a proposed form of order approving the sale of the JCRS Property no later than five (5) days prior to the Sale Hearing. Any objections to the form of order must be filed with the Bankruptcy Court and served on counsel for Y&K and the Stalking Horse Bidder no later than three (3) business days prior to Sale Hearing.

Dated September 13, 2016

BY THE COURT

Honorable Michael E. Romero
U.S. Bankruptcy Court Judge

4