IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

Y & K SUN, INC.,

    Debtor.

Case No. 16-14761  MER

Chapter 11

**ORDER**

    THIS MATTER comes before the Court *sua sponte*.  The Court's records reflect the Debtor filed a Motion to Sell its property on West Colfax, Denver, Colorado, on August 25, 2016 (Docket No. 82).  The Motion to Sell was sent out on notice, including to the attorney of Wonjong and Yoonee Kim ("Kims"), who filed Claim No. 2-2 in the amount of $2,414,284.20.  No objections were filed, and the Court granted the Motion and set a hearing to confirm sale for November 18, 2016.  However, the Court notes the Debtor's Motion to Appoint a Trustee and the Kims' Objection and Motion to Dismiss are currently at issue before the Court.   Further, the Kims have filed a motion for relief from stay seeking to continue litigation in the state court.

    IT IS THEREFORE ORDERED that the Debtor and the Kims shall file, on or before September 22, 2016, statements as to how the Motion to Sell, which will be approved by separate order, affects all pending Motions.

Dated September 14, 2016

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court