## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN, INC., ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### AMENDED NOTICE OF HEARING OR PRELIMINARY HEARING

**OBJECTION DEADLINE**: September 27, 2016

    **YOU ARE HEREBY NOTIFIED** that a Motion for Relief from Automatic Stay, a copy of which is herewith served upon you, has been filed with this Court and requests relief from the automatic stay, pursuant to 11 U.S.C. §362(d)(1), to allow the litigation captioned *Wonjoong Kim, Individually, and Yoonee Kim, Individually, Plaintiffs, v. Hyung Keun Sun, Individually, Yeomam Sun, Individually, and Y&K Sun, Inc., a Colorado corporation, Defendants*, in the District Court for Douglas County, Case Number 2010CV665 (the "State Court Action") to proceed to trial, pursuant to 11 U.S.C. §362(d)(1), thus liquidating the Claim filed by Petitioning Creditors in this Case. .

    A hearing on the Motion has been set for October 5, 2016 at 1:30 p.m. in Courtroom C of the U.S. Custom House, 721 19th Street, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of Local Bankruptcy Rule 4001-1.

    If you desire to oppose this Motion, you are REQUIRED TO FILE WITH THIS COURT AND SERVE upon Movant's counsel, Michael J. Davis, BKN Murray LLP, 6795 E. Tennessee Ave., St. 330, Denver, Co. 80224 a written RESPONSE TO THE MOTION on or before the date indicated above.

    If you fail to file a response, an order granting the relief requested will be granted without further notice to you

  Dated this 15th day of September 2016.

                                      Respectfully submitted,
                                      BKN MURRAY, LLP.
                                         /s/ *Michael J. Davis*
                                      Michael J. Davis, Atty. Reg. No. 44287
                                      6795 East Tennessee Avenue, Suite 330
                                      Denver, Colorado 80224
                                      Tel: 303-758-5100
                                      mdavis@bknmurray.com
                                      ATTORNEYS FOR THE MOVANTS