| | |
|---|---|
| **Bankruptcy Mailing Service.com**<br>197 S. London Station Road<br>Tucson, AZ  85748<br>(520) 885-2961 | **CERTIFICATE OF SERVICE**<br><br>**UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF COLORADO** |

| | |
|---|---|
| ATTORNEY NAME: | Michael J. Davis |
| ADDRESS: | 6795 E. Tennessee Ave., St. 330<br>Denver, Colorado  80224 |
| PHONE NUMBER: | 720-361-6036 |
| **CASE NO.:** | **16-14761-MER** |
| **DEBTOR:** | **Y & K Sun, Inc.** |
| Date Received: | 9/15/2016 |
| Time Received: | 12:15 PM |
| Total Creditors: | **48** |

The undersigned certifies that on Thursday, September 15, 2016 at 12:34 PM, I served by prepaid first class mail a copy of:

**AMENDED NOTICE OF HEARING OR PRELIMINARY HEARING**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Thursday, September 15, 2016, and, if applicable, other interested parties.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump
Bankruptcy Mailing Service.com for
Michael J. Davis

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-14761-MER<br>District of Colorado<br>Denver<br>Thu Sep 15 13:30:10 MDT 2016 | Alpine Waste & Recycling<br>7475 E 84th Ave<br>Commerce City, CO 80022-5040 | Arapahoe County Treasurer<br>5334 S Prince St<br>Littleton, CO 80120-1136 |
| Arapahoe County Treasurer<br>5334 S Prince St<br>Littleton, CO 80120-1136<br>Hyungkeun Sun<br>4511 S Tabor Ct<br>Morrison, CO 80465-1578 | Arnold Ruden<br>6465 W. Colfax Ave DBA Black Jack Pizza<br>Lakewood, CO 80214-1801 | Jeffrey S. Brinen<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Calzamundo Inc<br>7775 Yates St C/O Nicholas Elizarraras<br>Westminster, CO 80030-4660 | City of Lakewood Water & Sanitation<br>PO Box 261455<br>Lakewood, CO 80226-9455 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Michael J. Davis<br>6795 E. Tennessee Ave.<br>Ste. 330<br>Denver, CO 80224-1691 | Patrick D. Dowdle<br>2325 W. 72nd Ave.<br>Denver, CO 80221-3101 | East Jefferson County Sanitation Distric<br>7100 W 44th Ave # 104<br>Wheat Ridge, CO 80033-4701 |
| Elizabeth Wills<br>20 South Cherry St<br>Denver, CO 80246-1029 | Family Dollar Stores of Colorado, Inc<br>Thomas E. Schoenheit<br>PO Box 1017<br>Charlotte, NC 28201-1017 | First National Bank<br>7777 East Arapahoe Rd<br>Centennial, CO 80112-1298 |
| Fluorescent Maintenance Co.<br>1949 W 12th Pl<br>Denver, CO 80204-3424 | Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Hyungkeun Sun<br>4511 S Tabor Ct<br>Morrison, CO 80465-1578 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | James Thomaidis<br>1860 Blake Street, Ste 400<br>Denver, CO 80202-5964 | Jason Park<br>17387 E Asbury Cir<br>Aurora, CO 80013-1233 |
| Jefferson County Treasurer<br>100 Jefferson County Pkwy 2520<br>Golden, CO 80419-2520 | Joel Laufer<br>5290 Dtc Pkwy Ste 150<br>Englewood, CO 80111-2764 | Andrew D. Johnson<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 |
| Kiran-Josh, Inc<br>2782 Signal Creek Drive<br>C/O Satnam Singh, President<br>Thornton, CO 80241-1349 | M&M Home Funishing, Inc.<br>6451 W. Colfax Ave<br>DBA Premier Rental Purchase<br>Lakewood, CO 80214-1801 | Michael Fortuna<br>555 US Highway 287 Ste H<br>Broomfield, CO 80020-1771 |
| Michael J. Davis<br>Ste 330 6795 E. Tennessee Ave.<br>Denver, CO 80224-1691 | Nga Thi Nguyen and Tuan Van Vu<br>6597 W. Colfax Ave<br>Lakewood, CO 80214-1803 | Onsager Guyerson Fletcher Johnson<br>1801 Broadway Ste 900<br>Denver, CO 80202-3858 |

| | | |
|---|---|---|
| Patrick Dowdle<br>2325 West 72nd Ave<br>Miller, Makkai, & Dowdle<br>Denver, CO 80221-3101 | Pho 2 Love, LLC<br>6593 W. Colfax Ave<br>Lakewood, CO 80214-1803 | Public Service of Colorado<br>A Colorado Corp dba Xcel Energy<br>4701 Parkside Dr<br>Amarillo, TX 79109-7509 |
| Robert Lovell<br>Smith & Lovell CPA's, LLC<br>355 Inverness Dr S Ste C<br>Englewood, CO 80112-8535 | Roll With It Colorado, LLC<br>6457 West Colfax Ave<br>Lakewood, CO 80214-1801 | Rosalba Perez De Cruz & Manuel H. Cruz<br>6467 W. Colfax Ave DBA Stylistas Gabriel<br>Lakewood, CO 80214-1801 |
| SBK Tech, LLC<br>6469 W Colfax Ave<br>Lakewood, CO 80214-1801 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Stripe A Lot<br>528 Newton St<br>Denver, CO 80204-4710 |
| Benjamin Swartzendruber<br>5334 S. Prince St.<br>Littleton, CO 80120-1136 | Telcel<br>6583 W. Colfax, Ave<br>Lakewood, CO 80214-1803 | The Coin Laundry At JCRS<br>750 South Taft St<br>C/O Susan & Richard Holck<br>Lakewood, CO 80228-3352 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | WONJONG KIM and YOONEE KIM<br>11394 Xavier Dr.<br>Westminster, Co 80031-6565 | Wonjoong Kim & Yoonee Kim<br>2300 Arapahoe Ave Apt 330<br>Boulder, CO 80302-6661 |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-0001 | Y&K Sun, Inc.<br>4875 S Monaco St<br>Apt 110<br>Denver, CO 80237-3471 | Yeonam Sun<br>4875 S Monaco St # 110<br>Denver, CO 80237-3471 |
| Yeonam Sun<br>4875 S Monaco St # 110<br>Denver, CO 80237-3471<br>Alpine Waste & Recycling<br>7475 E 84th Ave<br>Commerce City, CO 80022-5040 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ARAPAHOE COUNTY TREASURER | (du)Arapahoe County Treasurer | (u)First National Bank - Arapahoe |
| (u)Wonjoong Kim | (u)Yoonee Kim | (u)Rose and Winnies LLC |

```
End of Label Matrix
Mailable recipients    48
Bypassed recipients     6
Total                  54
```