UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**JOINT STATUS REPORT**

Y&K Sun, Inc. ("Y&K"), through its undersigned counsel, and Wonjoong Kim and Yoonee Kim (the "Kims"), through their undersigned counsel, file this Joint Status Report as follows:

**THE PENDING MOTIONS**

1. On May 13, 2016, Y&K filed its Motion to Appoint Chapter 11 Trustee [Docket No. 12].

2. On May 27, 2016, the Kims filed their Objection to Y&K's Motion to Appoint Chapter 11 Trustee. [Docket No. 31.]

3. On May 12, 2016, the Kims filed their Motion to Dismiss Chapter 11 Bankruptcy Case [Docket No. 20].

4. On June 24, 2016, The Kims filed their Amended Motion to Dismiss Chapter 11 Bankruptcy Case [Docket No. 50] in response to amended schedules filed by Y&K.

5. On June 27, 2016, Y&K filed its Supplement to Motion to Appoint Chapter 11 Trustee and Objection to Motion to Dismiss [Docket No. 54].

6. On July 18, 2016, Y&K filed its Second Supplement to Motion to Appoint Chapter 11 Trustee and Objection to Motion to Dismiss [Docket No. 67].

7. The Kims still have pending before this Court both the Objection to Motion to Appoint Chapter 11 Trustee [Docket No. 31] and their Amended Motion to Dismiss [Docket No. 50].

8. The Kims also filed their Amended Proof of Claim 2-2 on September 2, 2016 estimating their Claim to be valued at $2,484,085.24 which Amended Claim 2-1 and provided back up and a revised calculation for the basis of the claim.

9. On September 13, 2016, the Kims filed a Motion for Relief from Stay [Docket No. 101] pursuant to 11 U.S.C. §362(d)(1), to permit litigation captioned *Wonjoong Kim,*

1

*Individually, and Yoonee Kim, Individually, Plaintiffs, v. Hyung Keun Sun, Individually, Yeomam Sun, Individually, and Y&K Sun, Inc., a Colorado corporation, Defendants*, in the District Court for Douglas County, Case Number 2010CV665 (the "State Court Action") to proceed in Douglas County Court in order to liquidate Claim 2-2.

10. On September 19, 2016, Y&K filed their Objection to Claim 2 [Docket No. 112] filed by the Kims. The deadline to respond to the objection is October 19, 2016.

## STATUS OF THE SALE

11. On August 25, 2016, Y&K filed its Motion for Entry of Orders: (1) Authorizing Sale of Y&K Sun, Inc.'s Interest in Property Located at 6451-6579 W. Colfax Avenue, Lakewood, Colorado Free and Clear of Designated Liens, Claims, Interests, and Encumbrances; (2) Approving Auction Procedures; and (3) Approving Stalking Horse Bid, Including 3.0% Break-Up Fee of $132,000 (the "Sale Motion") [Docket No. 82].

12. No objections to the Sale Motion were filed. On September 13, 2016, the Court granted the Sale Motion and set a hearing to confirm sale for November 18, 2016 [Docket No. 99].

13. The Stalking Horse Bidder is currently conducting its due diligence. The deadline for the Stalking Horse Bidder to complete due diligence is November 4, 2016. The deadline for competing bids is November 4, 2016. In the event qualified competing bids are received, an auction will occur November 17, 2016. A sale hearing is set for November 18, 2016.

14. On September 14, 2016, the Court ordered Y&K and the Kims to file statements as to how the Sale Motion affects the pending motions [Docket No. 106].

## THE PARTIES' POSITIONS

15. The Kims assert that until resolution of the amount of Claim 2-2, the Kims are not willing to withdraw their Objection to the Appointment of a Chapter 11 Trustee, their Amended Motion to Dismiss, or their Motion for Relief from Stay.

16. The Kims assert that Objection to Claim 2 filed by Y&K and the Motion for Relief From Stay filed by the Kims stand in opposition to each other and that because the Kim claim 2-2 against Y&K is based on state law and is already being litigated in the State Court Action, the claim against Y&K should be liquidated in the State Court Action.

17. The Kims assert that the resolution of Claim 2-2 will determine the amount of the proceeds of the sale which will be distributed to the Kims, and until this is decided, the viability of the case cannot be determined.

18. Y&K asserts this Court is the proper forum in which to determine the amount of the Kims' claim. The Kims' motion for summary judgment in state court relies exclusively on this Court's order in the adversary proceeding and asserts Y&K is precluded from relitigating it.

The claim asserted by the Kims in this case is $1,000,000 more than the judgment entered in favor of the Kims and against the Yeonam and Hyungkeun Sun, but is based on the same facts as the judgment. The additional $1,000,000 consists of contingent attorneys' fees (approximately $780,000) and interest (approximately $220,000). Y&K asserts that the Kims' Motion for Relief from Stay should be denied and the objection to the Kims' claim should be held in abeyance until the sale closes.

19. The Kims assert that this Court is not the proper forum, that the Claim is not based on identical facts because it is against Y&K based on the Colorado Securities Act which establishes liability, both criminal and civil, for violations of Section 11-51-501 and includes the award of attorneys fees. The Securities Violation was explicitly not tried in the Kim adversary proceeding.

20. Y&K and the Kims request that this Court hold the Motion to Appoint Chapter 11 Trustee and the Motion to Dismiss in abeyance until resolution of the amount of Claim 2-2 and the final closing of the unobjected to Sale, permitting the pending motions to be reset, if necessary, for hearing by either the Kims or Y&K upon motion to this Court.

Dated: September 22, 2016                Respectfully submitted,

**ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC**

 *s/ Christian C. Onsager*
   Christian C. Onsager, #6889
   Andrew D. Johnson, #36879
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
ajohnson@ogfj-law.com
consager@ogfj-law.com

*Attorneys for Y&K Sun, Inc.*

BKN MURRAY, LLP

 *s/ Michael J. Davis*
   Michael J. Davis, #44287
6795 East Tennessee Avenue, Suite 330
Denver, Colorado 80224
Ph: (303) 758-5100
Fax: (303) 758-5055
mdavis@bknmurray.com

*Attorneys for Wonjoong and Yoonee Kim*

3

## **CERTIFICATE OF SERVICE**

      I certify that on September 22, 2016, a copy of the Joint Status Report was served by placing same in the United States mail, postage prepaid, to the following:

| | | |
|---|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 | James N. Thomaidis<br>GERSH &THOMAIDIS, LLC<br>1860 Blake Street, Suite 400<br>Denver, Colorado 80202 | D. Elizabeth Wills<br>WILLS LAW FIRM, LLC<br>20 South Cherry Street<br>Denver, Colorado 80246 |
| Benjamin Swartzendruber<br>Assistant County Attorney<br>5334 S. Prince St.<br>Littleton, CO 80120 | Michael J. Davis<br>6795 E. Tennessee Ave.<br>Ste. 330<br>Denver, CO 80224 | Alison Goldenberg, Esq<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| Patrick D. Dowdle<br>2325 W 72nd Ave.<br>Denver, CO 80221-3101 | Thomas F. Quinn, P.C.<br>303 East 17th Avenue<br>Suite 800<br>Denver, CO 80203 | Jeffrey S. Brinen<br>1660 Lincoln St.<br>Suite 1850<br>Denver, CO 80264 |

                                    *s/Tiffany J. Cadwell*
                                    for ONSAGER | GUYERSON | FLETCHER | JOHNSON LLC