## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

Y&K SUN, INC.

Debtor.

Case No. 16-14761 MER

Chapter 7

### NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Debtor's Application to Employ and Compensate Newark Grubb Knight Frank as Leasing Agent Nunc Pro Tunc to July 1, 2016, and objection by Wonjoong Kim and Yoonee Kim, which was originally scheduled on Monday, September 26, 2016, at 1:30 p.m., is continued to **Monday, October 3, 2016, at 2:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Parties wishing to participate by telephone may call 1-888-684-8852.  The access code is 9288499.

DATED:  September 27, 2016            KENNETH S. GARDNER, CLERK

By:   Deborah L. Beatty, Deputy Clerk
        United States Bankruptcy Court
        U.S. Custom House
        721 19th Street
        Denver, Colorado 80202-2508