**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN, INC., ) | |
| ) | Chapter 11 |
|         Debtor. ) | |
| ) | |

**JOINT STATUS REPORT**

Y&K Sun, Inc. ("Y&K"), through its undersigned counsel, and Wonjoong Kim and Yoonee Kim (the "Kims"), through their undersigned counsel, file this Joint Status Report as follows:

**INTRODUCTION**

On November 30, 2016, Y&K filed a motion to approve a sale of the JCRS Property for $4,400,000. The Kims support the proposed sale and have agreed to withdraw their motion for relief from stay upon entry of an Order by the Douglass County Court in Case 2010CV66, WONJOONG KIM, individually and YOONEE KIM, individually, *Plaintiffs v*. HYUNG KEUN SUN, individually, YEONAM SUN, individually, and Y & K SUN, INC., a Colorado corporation, *Defendants* (the "State Court Case") pursuant to the Unopposed Motion To Maintain Civil Action Number 2010cv665 In "Closed" Status**.**  The Kims and Y&K intend to resolve their dispute over the amount of the Kims' claim in this Court, regardless of whether the proposed sale closes. The Kims and Y&K request that the Court continue to hold the motion to dismiss and motion to appoint chapter 11 trustee in abeyance.

**THE PENDING MOTIONS**

1.       On May 13, 2016, Y&K filed its Motion to Appoint Chapter 11 Trustee [Docket No. 12]. On May 27, 2016, the Kims filed their Objection to Y&K's Motion to Appoint Chapter 11 Trustee. [Docket No. 31]. On July 18, 2016, Y&K filed its Second Supplement to Motion to Appoint Chapter 11 Trustee and Objection to Motion to Dismiss [Docket No. 67]. The Kims and Y&K request that the Court continue to hold this motion in abeyance.

2.       On May 12, 2016, the Kims filed their Motion to Dismiss Chapter 11 Bankruptcy Case [Docket No. 20]. On June 24, 2016, The Kims filed their Amended Motion to Dismiss Chapter 11 Bankruptcy Case [Docket No. 50] in response to amended schedules filed by Y&K. On June 27, 2016, Y&K filed its Supplement to Motion to Appoint Chapter 11 Trustee and Objection to Motion to Dismiss [Docket No. 54]. The Kims and Y&K request that the Court continue to hold this motion in abeyance.

3.       The Kims also filed their Amended Proof of Claim 2-2 on September 2, 2016 estimating their Claim to be valued at $2,484,085.24 which Amended Claim 2-1. Y&K filed an

objection to the amended claim [Docket No. 112], and the Kims filed a response thereto [Docket No. 131]. The Kims and Y&K request that the Court set a one-day hearing on the claim objection. The Kims and Y&K will submit a proposed scheduling order to set pre-hearing deadlines.

4. On September 13, 2016, the Kims filed a Motion for Relief from Stay [Docket No. 101] pursuant to 11 U.S.C. §362(d)(1), to permit the State Court Action to proceed in Douglas County Court in order to liquidate Claim 2-2. Y&K [Docket No. 101]. Y&K objected to the motion for relief from stay. [Docket No. 118]. An evidentiary hearing on the motion for relief from stay is scheduled for December 5, 2016. The deadline to respond to the objection was October 19, 2016. The Kims will withdraw their motion for relief from stay and file a motion to vacate the hearing scheduled for December 5, 2016 as stated above. The Hearing scheduled for December 5, 2016 should be vacated and rescheduled pending the entry of the Order

## STATUS OF A SALE

5. On November 25, 2016, Y&K filed its Motion for Entry of Orders: (1) Authorizing Sale of Y&K Sun, Inc.'s Interest in Property Located at 6451-6579 W. Colfax Avenue, Lakewood, Colorado Free and Clear of Designated Liens, Claims, Interests, and Encumbrances (the "Sale Motion"). [Docket No. 149]. The proposed sale is to CK Acquisitions, LLC, for $4,400,000. The closing for the proposed sale remains subject to certain contingencies and due diligence, but would occur in early March 2017.

6. CK Acquisitions, LLC, is the same buyer that attempted to purchase the JCRS Property, but terminated the contract prior to the expiration of the prior due diligence period. There is no guaranty CK Acquisitions, LLC, will close under the currently proposed agreement and its $50,000 earnest money remains refundable until the expiration of due diligence. Y&K, the Kims, First National Bank[1], and other interested parties have not determined what action to take in the event the sale does not close, but Y&K and the Kims intend to resolve the dispute over the amount of the Kims' claim in this Court regardless of whether the sale closes.

//
//
//

---

[1] First National Bank supports the proposed sale to CK Acquisitions, LLC.

Dated: December 2, 2016　　　　　　　　Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON LLC**

*s/ Andrew D. Johnson*
　Christian C. Onsager, #6889
　Andrew D. Johnson, #36879
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
ajohnson@ogfj-law.com
consager@ogfj-law.com

*Attorneys for Y&K Sun, Inc.*


BKN MURRAY, LLP

*s/ Michael J. Davis*
　Michael J. Davis, #44287
6795 East Tennessee Avenue, Suite 330
Denver, Colorado 80224
Ph: (303) 758-5100
Fax: (303) 758-5055
mdavis@bknmurray.com

*Attorneys for Wonjoong and Yoonee Kim*

## CERTIFICATE OF SERVICE

      I certify that on December 2, 2016, a copy of the Joint Status Report was served by placing same in the United States mail, postage prepaid, to the following:

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294

James N. Thomaidis
GERSH &THOMAIDIS, LLC
1860 Blake Street, Suite 400
Denver, Colorado 80202

D. Elizabeth Wills
WILLS LAW FIRM, LLC
20 South Cherry Street
Denver, Colorado 80246

Benjamin Swartzendruber
Assistant County Attorney
5334 S. Prince St.
Littleton, CO 80120

Michael J. Davis
6795 E. Tennessee Ave.
Ste. 330
Denver, CO 80224

Alison Goldenberg, Esq
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294

Patrick D. Dowdle
2325 W 72nd Ave.
Denver, CO 80221-3101

Lily Nierenberg
6795 E. Tennessee Ave.
Suite 330
Denver, CO 80224-1691

Jeffrey S. Brinen
1660 Lincoln St.
Suite 1850
Denver, CO 80264

Thomas F. Quinn, P.C.
303 East 17th Avenue
Suite 800
Denver, CO 80203

                *s/Tiffany J. Cadwell*
                for ONSAGER | FLETCHER | JOHNSON LLC