UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN INC. ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**UNOPPOSED MOTION TO VACATE DECEMBER 5, 2016 HEARING
ON WONJONG KIM and YOONEE KIM'S MOTION TO MODIFY STAY**

WONJONG KIM and YOONEE KIM (hereinafter collectively referred to as the "Kims"), through their undersigned counsel, respectfully move this Court To Vacate December 5, 2016 Hearing On Wonjong Kim And Yoonee Kim's Motion To Modify Stay, and in support thereof, state as follows:

## Background

1. On May 12, 2016 the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code with this Court.

2. The Debtor is operating as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtor's Chapter 11 case, and no committees have been appointed or designated.

3. The Kims filed their Amended Proof of Claim 2-2 on September 2, 2016 estimating their Claim to be valued at $2,484,085.24 which Amended Claim 2-1. Y&K filed an objection to the amended claim [Docket No. 112], and the Kims filed a response thereto [Docket No. 131].

4. On September 13, 2016, the Kims filed a Motion for Relief from Stay [Docket No. 101] pursuant to 11 U.S.C. §362(d)(1), to permit the State Court Action to proceed in Douglas County Court in order to liquidate Claim 2-2. Y&K  [Docket No. 101]. Y&K objected to the motion for relief from stay. [Docket No. 118]. An evidentiary hearing on the motion for relief from stay is scheduled for December 5, 2016.

5. On November 30, 2016, the Kims filed their Unopposed Motion To Maintain Civil Action Number 2010cv665 In "Closed" Status**.** and have agreed to withdraw their Motion for Relief from Stay upon entry of an Order by the Douglass County Court in Case 2010CV66, WONJOONG KIM, individually and YOONEE KIM, individually, *Plaintiffs v*. HYUNG KEUN SUN, individually, YEONAM SUN, individually, and Y & K SUN, INC., a Colorado corporation, *Defendants* (the "State Court Case") pursuant to said Motion.

6. The Kims will withdraw their Motion for Relief from Stay upon entry of the Order in the State Court Case on the Unopposed Motion To Maintain Civil Action Number 2010cv665 In "Closed" Status.

7. The Kims request the hearing on their Motion for Relief from Stay scheduled for December 5, 2016 to be vacated pending entry of the Order in the State Court Case.

WHEREFORE, Wonjong Kim and Yoonee Kim respectfully request that this Court vacate the hearing on their Motion for Relief From Stay scheduled for December 5, 2016 and that the Court grant such other and further relief as it deems just and appropriate.

DATED this 2nd day of December, 2016.

Respectfully submitted,
BKN MURRAY, LLP.

/s/ *Michael J. Davis*
Michael J. Davis, Atty. Reg. No. 44287
6795 East Tennessee Avenue, Suite 330
Denver, Colorado 80224
Tel: 303-758-5100
Fax: 303-758-5055
mdavis@bknmurray.com

ATTORNEYS FOR THE MOVANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2016, a true and correct copy of the foregoing UNOPPOSED MOTION TO VACATE DECEMBER 5, 2016 HEARING ON WONJONG KIM and YOONEE KIM'S MOTION TO MODIFY STAY was served via PACER, email, and/or United States Mail, first- class postage pre-paid thereon, and addressed to the parties identified below:

Andrew D. Johnson
Onsager Guyerson Fletcher
1801 Broadway, Suite 900
Denver, CO 80202

Alison Goldenberg,
US Trustee Office
1961 Stout Street, Ste 12-200
Denver, CO 80294

*Michael J. Davis*
Michael J. Davis