# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| January 23, 2017 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>Y&K SUN, INC.<br><br>Debtor | Case No. 16-14761 MER<br><br>Chapter 11 |

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | Andrew Johnson |
| Creditor | Mr. & Mrs. Kim | Counsel | Michael Davis/Betsy Wills |
| Creditor | | Counsel | |

Proceedings:

Status Conference on Claim Objection

Orders:

The Kims will brief the issues of 1) the liability of Y&K Sun, Inc. under the Colorado Securities Act, and 2) whether attorneys' fees are awardable under the Colorado Securities Act, on or before February 6, 2017. The Debtor's response is due February 13, 2017, and the Kims' reply is due on February 13, 2017.

The Kims will file a motion to file the attachments to the proof of claim under seal.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk