# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN INC. ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## MOTION FOR ORDER AUTHORIZING
## FILING OF EXHIBITS UNDER SEAL

Wonjoong Kim and Yoonee Kim (the "Kims"), through their undersigned counsel, files its Motion for Order Authorizing Filing of Exhibits Under Seal and states as follows:

1. On May 12, 2016 the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code with this Court.

2. On March 7, 2017, the Kims filed their Amended Proof of Claim 2-3 which contains detailed billing records which may contain confidential information.

3. These exhibits contain sensitive and confidential information. Public disclosure of that information may violate attorney client privilege that would expose the Kims dealings with their attorneys to the public.

**WHEREFORE**, for the foregoing reasons, the Kims requests that the Court enter an order sealing all Exhibits attached to the Kim Proof of claim 2-3 and for such further relief as the Court deems proper.

DATED this 7th day of March, 2017.

          Respectfully submitted,
          BKN MURRAY, LLP.

          /s/ *Michael J. Davis*
          Michael J. Davis, Atty. Reg. No. 44287
          6795 East Tennessee Avenue, Suite 330
          Denver, Colorado 80224
          Tel: 303-758-5100
          Fax: 303-758-5055
          mdavis@bknmurray.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of March, 2016, a true and correct copy of the foregoing MOTION FOR ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL was served via PACER and/or United States Mail, first- class postage pre-paid thereon, and addressed to the parties identified below:

 Andrew D. Johnson
 Onsager Guyerson Fletcher
 1801 Broadway, Suite 900
 Denver, CO 80202

 Alison Goldenberg,
 US Trustee Office
 1961 Stout Street, Ste 12-200
 Denver, CO 80294

 Benjamin Swartzendruber
 5334 S. Prince St.
 Littleton, CO 80294

                *Michael J. Davis*